

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00155-CV

**IN THE INTEREST OF M.K.V.**, a child,

From the County Court, Val Verde County, Texas
Trial Court No. 2020-0007-CCl
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

After we granted first and second extensions, the Department's brief was due on September 20, 2021. *See* TEX. R. APP. P. 38.6(b). After the twice-extended due date, the Department filed a third motion for a two-day extension of time to file its brief.

The motion is GRANTED. The Department's brief is due on September 22, 2021.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

MICHAEL A. CRUZ, Clerk of Court

